JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRANG and MARIANA BRANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | CASE NO. 2:15-cv-03562-FMO-PJW<br><br>ORDER RE: STIPULATION TO DISMISS ACTION |

The Court has reviewed the Stipulation to Dismiss of Plaintiffs MICHAEL BRANG and MARIANA BRANG and Defendant CMRE FINANCIAL SERVICES, INC. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiffs' individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant

to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 28, 2015          /s/ Fernando M. Olguin
                                   UNITED STATES DISTRICT JUDGE